**DISMISSED and Opinion Filed February 21, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-01461-CV

### CHRISTOPHER WHITTAKER, BRENDA WHITTAKER, AND ALL OCCUPANTS, Appellants
### V.
### GFY VENTURES, LLC, Appellee

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-16-05510-B**

## MEMORANDUM OPINION
Before Justices Francis, Lang-Miers, and Whitehill
Opinion by Justice Francis

Before the Court is appellants' February 16, 2017 agreed motion to dismiss the appeal. In the motion, appellants note that they have voluntarily surrendered possession of the real property and improvements made the subject of the appeal to the appellee; and therefore, appellants hereby desire to dismiss this appeal.

Accordingly, we grant appellants' motion and dismiss the appeal. *See* TEX. R. APP. P 42.1(a)(1).

/Molly Francis/
MOLLY FRANCIS
JUSTICE

161461F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

CHRISTOPHER WHITTAKER, BRENDA WHITTAKER, AND ALL OCCUPANTS, Appellants

No. 05-16-01461-CV     V.

GFY VENTURES, LLC, Appellee

On Appeal from the County Court at Law No. 2, Dallas County, Texas
Trial Court Cause No. CC-16-05510-B.
Opinion delivered by Justice Francis. Justices Lang-Miers and Whitehill participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee GFY Ventures, LLC recover its costs of this appeal from appellants Christopher Whittaker, Brenda Whittaker, and All Occupants.

Judgment entered this 21st day of February, 2017.